Alecki v Tech Park Owner, LLC (2026 NY Slip Op 00661)

Alecki v Tech Park Owner, LLC

2026 NY Slip Op 00661

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., BANNISTER, OGDEN, AND NOWAK, JJ.

33 CA 25-01084

[*1]KIMBERLY ALECKI, PLAINTIFF-RESPONDENT,
vTECH PARK OWNER, LLC, DEFENDANT-APPELLANT, ET AL., DEFENDANTS. 

BARCLAY DAMON LLP, ROCHESTER (EARL R. STORRS, III, OF COUNSEL), FOR DEFENDANT-APPELLANT.
FITZSIMMONS, NUNN & PLUKAS, LLP, ROCHESTER (JASON E. ABBOTT OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Monroe County (Erin S. Skinner, J.), entered February 27, 2025, in a personal injury action. The order denied the motion of defendant Tech Park Owner, LLC, to vacate a default judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court